IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JEROME DRINKARD, ) | |
| #171 606, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-CV-262-TMH |
| ) | |
| GOVERNOR ROBERT BENTLEY, *et al.*, ) | |
| ) | |
|     Defendants ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #2) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #2) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this 16th  day of April, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE