IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JEROME DRINKARD, #171 606, | ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-262-TMH ) |
| GOVERNOR ROBERT BENTLEY, *et al.*, | ) ) |
| Defendants | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #2) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this 16th day of April, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE